AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

RASHEEN BRANTLEY

V.

The City of New York, Police Officer Byran Pitts
and Police Officers John Doe #1-5

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10979

TO: (Name and address of Defendant)

The City of New York
100 Church St.
New York, NY 10001

Police Officer Byran Pitts
c/o Police Service Area 5
221 East 123rd St.
New York, NY 10029

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronemus & Vilensky
112 Madison Ave.
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

DATE  DEC 04 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

Index No: 07CV10979

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 12/5/2007 |
| NAME OF SERVER (PRINT) Tavorus Mazara | TITLE | Legal Assistant |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 100 Church Street NY, NY 10001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

Tameika Mendes-Gammon accepted service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/5/2007
Date

Signature of Server

4648 Broadway
New York NY 10040
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.