UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RASHEEN BRANTLEY,

                                    Plaintiff,

                  -against-

THE CITY OF NEW YORK, POLICE OFFICER
BRYAN PITTS, AND POLICE OFFICERS JOHN DOE
#1-5,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 10979 (LTS)

        **PLEASE TAKE NOTICE** that Jessica Cohen, Assistant Corporation Counsel, should be added as counsel of record, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, as attorney for defendant City of New York.

Dated:      New York, New York
               February 22, 2008

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                Attorney for Defendant City of New York
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 788-1895

                          By:           /s/ JC
                                                Jessica T. Cohen (JC 0044)
                                                Assistant Corporation Counsel

TO:     Michael Ronemus, Esq. (by ECF)
           Attorney for Plaintiff

Index No. 07 CV 10979 (LTS)

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
|---|
| RASHEEN BRANTLEY,<br><br>                                       Plaintiff,<br><br>                          -against-<br><br>THE CITY OF NEW YORK, POLICE OFFICER BRYAN PITTS, AND POLICE OFFICERS JOHN DOE #1-5,<br><br>                                   Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant*<br>*100 Church Street*<br>*New York, N.Y. 10007*<br>*Of Counsel: Jessica T. Cohen*<br><br>*Tel: (212) 788-1895*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ............................................,2008*<br><br>*................................................................. Esq.*<br><br>*Attorney for* |