UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Brantley,

                Plaintiff(s),

-v-

The City of New York,

                Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#
FEB 2 9 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 10979 (LTS)(HBP)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___    Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___    Settlement* (Principals to participate as required by Magistrate Judge)

___    Inquest After Default/Damages Hearing

___    Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___    Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___    Habeas Corpus

___    Social Security

___    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

_____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              February 29, 2008

                                                LAURA TAYLOR SWAIN
                                                United States District Judge