UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHEEN BRANTLEY, . . . . . . .<br><br>      Plaintiff(s)<br><br>- against -<br><br>THE CITY OF NEW YORK, POLICE OFFICER BYRAN PITTS, POLICE OFFICERS JONE DOE #1-5,<br><br>      Defendant(s) | ) Index #07 CV 10979<br>) Dte. Prchsd: 12/04/2007<br>) Dte. Amend:<br>) Atty: Ronemus & Vilensky LLP<br>)<br>) Atty Phone: 1-212-779-7070<br>) FOR: Plaintiff(s)<br>)<br>) **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK, COUNTY OF Queens: ss: DEBRA FLAXBAUM being sworn, says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

That on 05/27/2008 at 04:25 PM, deponent served the within Summons In A Civil Case and Complaint And Jury Demand on defendant, Police Officer Byran Pitts #02457.
RESIDING AT: Narcotics Boro Brooklyn South, 745 64 Street Brooklyn, NY 11220-, (herein after called recipient) therein named

SUITABLE AGE PERSON: by delivering thereat a true copy to a person of suitable age and discretion.
Said premises is recipient's place of business within the state.
SUITABLE AGE PERSON: LT. MacDONAUGH (SIGNED SHEET)

MAILING: Within 20 days of such delivery deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope to recipient's last known address in an official depository under the exclusive care and custody of the U.S. Postal Service in the State of New York.
DATE MAILED: 05/28/2008   FIRST CLASS MAIL

DESCRIPTION:

  Sex: MALE
  Color of Skin: WHITE
  Color of Hair: CREW CUT
  Age: 40-50
  Height: 5'10"
  Weight: 210-240
  Other:

I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations and observations above narrated.

                       _____
                       DEBRA FLAXBAUM

Sworn to before me on 28
day of MAY 2008.

Kenneth M. Darby
Notary Public, State of New York
Registration Number 24-4902265
Qualified in Queens
Commission Expires 07/27/2009

Caption
RANTLEY
v
Byran Pitts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHEEN BRANTLEY, . . . . . .<br><br>Plaintiff(s)<br><br>- against -<br><br>THE CITY OF NEW YORK, POLICE OFFICER BYRAN PITTS, POLICE OFFICERS JONE DOE #1-5,<br><br>Defendant(s) | ) Index #07 CV 10979<br>) Dte. Prchsd: 12/04/2007<br>) Dte. Amend:<br>) Atty: Ronemus & Vilensky LLP<br>)<br>) Atty Phone: 1-212-779-7070<br>) FOR: Plaintiff(s)<br>)<br>) **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK, COUNTY OF Queens: ss: DEBRA FLAXBAUM being sworn, says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

That on 05/27/2008 at 04:25 PM, deponent served the within Summons In A Civil Case and Complaint And Jury Demand on defendant, Police Officer Byran Pitts #02457.
RESIDING AT: Narcotics Boro Brooklyn South, 745 64 Street Brooklyn, NY 11220-, (herein after called recipient) therein named

SUITABLE AGE PERSON: by delivering thereat a true copy to a person of suitable age and discretion.
Said premises is recipient's place of business within the state.
SUITABLE AGE PERSON: LT. MacDONAUGH (SIGNED SHEET)

MAILING: Within 20 days of such delivery deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope to recipient's last known address in an official depository under the exclusive care and custody of the U.S. Postal Service in the State of New York.
DATE MAILED: 05/28/2008   FIRST CLASS MAIL

DESCRIPTION:

    Sex: MALE
Color of Skin: WHITE
Color of Hair: CREW CUT
    Age: 40-50
  Height: 5'10"
 Weight: 210-240
   Other:

I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations and observations above narrated.

_____
DEBRA FLAXBAUM

Sworn to before me on 28
day of MAY 2008.

_____
Kenneth M. Darby
Notary Public, State of New York
Registration Number 24-4902265
Qualified in Queens
Commission Expires 07/27/2009

Caption
RANTLEY
v
Byran Pitts